# EXHIBIT D

**Red Sabre Consulting, LLC**

256 8th St, SE
Washington, DC 20003
Phone 202-251-9951
Fax 202-478-1750

# INVOICE

INVOICE # 1300
DATE: 02/03/2015

**TO:**
VERTICAL KNOWLEDGE
MATT CARPENTER
8 EAST WASHINGTON ST, SUITE 200
CHAGRIN FALLS, OH 44022
TEL: 202-685-2395

**SHIP TO:**
Mary Clare Gumbleton
Red Sabre Consulting, LLC
256 8th St, SE
Washington, DC 20003
Phone 202-251-9951
Fax 202-478-1750

**COMMENTS OR SPECIAL INSTRUCTIONS:**

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| | | | | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Consulting services DUE – JIEDDO/Lockheed Martin | $ 6,313.15 | $6,313.15 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| SUBTOTAL | $6,313.15 |
| SALES TAX | |
| OUTSTANDING BALANCE | |
| TOTAL DUE | $6,313.15 |

Make all checks payable to Red Sabre Consulting, LLC
If you have any questions concerning this invoice, contact: Mary Clare Gumbleton, CEO at 202-251-9951 or
maryclaregumbleton@msn.com

**THANK YOU FOR YOUR BUSINESS!**